JEREMY TALCOTT
CA Bar No. 311490
Pacific Legal Foundation
1212 West Amerige Avenue
Fullerton, CA 92833-2709
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
JTalcott@pacificlegal.org

STEVEN M. SIMPSON
CA Bar No. 336430
CALEB KRUCKENBERG*
VA Bar No. 97609
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 610
Arlington, VA 22201
Telephone: (202) 888-6881
Facsimile: (916) 419-7747
SSimpson@pacificlegal.org
CKruckenberg@pacificlegal.org

* *Pro Hac Vice Pending*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE, <br> & <br> THE ALLIANCE FOR CONSTITUTIONAL SEX OFFENSE LAWS, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br> & <br> MERRICK B. GARLAND, ATTORNEY GENERAL OF THE UNITED STATES, in his official capacity, <br><br> Defendants. | Case No. 5:22-cv-00855 <br><br> **NOTICE OF MOTION AND UNOPPOSED MOTION FOR LEAVE TO PROCEED USINAG A PSEUDONYM** <br><br> DATE: JULY 18, 2022 <br> TIME: 9:00 A.M. <br> PLACE: <br> UNITED STATES COURTHOUSE, 3470 TWELFTH STREET, RIVERSIDE CA 92501-3801, COURTROOM 1 <br> BEFORE: HON. JESUS G. BERNAL |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL:**

NOTICE IS HEREBY GIVEN THAT on July 18, 2022, at 9:00 a.m., before the Honorable Jesus G. Bernal, in the United States Courthouse for the Central District of California, Eastern Division, Courtroom 1, 3470 Twelfth Street, Riverside CA 92501-3801, Plaintiffs, John Doe and the Alliance for Constitutional Sex Offense Laws (ACSOL), will and do move for leave for Plaintiff John Doe to proceed in this matter using a pseudonym.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on May 27, 2022.

Counsel for Defendants, U.S. Dept. of Justice and A.G. Merrick B. Garland, Kathryn L. Wyer, and Jeremy S.B. Newman, do not oppose the requested relief, provided that Defendants have access to Plaintiff Doe's true identity under seal, pursuant to a protective order, or under similar measures designed to protect Doe's anonymity.

This motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, an attached declaration, and any further argument as may be offered at the time of the hearing of this motion.

DATED: June 3, 2022

Respectfully submitted,

JEREMY TALCOTT
By s/ *Jeremy Talcott*
      JEREMY TALCOTT

STEVEN M. SIMPSON
By s/ *Steven M. Simpson*
      STEVEN M. SIMPSON

CALEB KRUCKENBERG
By s/ *Caleb Kruckenberg*
      CALEB KRUCKENBERG*

*Pro Hac Vice Application Forthcoming*
*Attorneys for Plaintiffs*