```
BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch
JEREMY S.B. NEWMAN (D.C. Bar. #1024112)
KATHRYN L. WYER (Utah Bar #9846)
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Washington, DC  20005
Tel. (202) 616-8475/Fax (202) 616-8470
jeremy.s.newman@usdoj.gov
kathryn.wyer@usdoj.gov
```
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE et al., <br><br> Defendants. | NO. 5:22-CV-855-JGB-SP <br><br> **PROPOSED ORDER RE: STIPULATION TO CONTINUE AUGUST 29, 2022 HEARING** <br><br> Honorable Jesus G. Bernal <br> United States District Judge |

Pursuant to the Stipulation filed by the parties and for good cause shown,

IT IS HEREBY ORDERED that the hearing on Plaintiffs' Motion for Preliminary Injunction is CONTINUED from August 29, 2022 to _____ [a date on or after September 1, 2022 convenient to the Court].

DATED: _____, 20__

_____
Hon. Jesus G. Bernal
United States District Court