```
 1  BRIAN M. BOYNTON
    Principal Deputy Assistant Attorney General
 2  BRIGHAM J. BOWEN
 3  Assistant Director, Federal Programs Branch
    JEREMY S.B. NEWMAN (D.C. Bar. #1024112)
 4  KATHRYN L. WYER (Utah Bar #9846)
 5  U.S. Department of Justice, Civil Division
    1100 L Street, N.W., Room 12014
 6  Washington, DC  20005
 7  Tel. (202) 616-8475/Fax (202) 616-8470
    jeremy.s.newman@usdoj.gov
 8  kathryn.wyer@usdoj.gov
 9  Attorneys for the United States
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE et al., | NO. 5:22-CV-855-JGB-SPx |
| Plaintiffs, | **ORDER RE: STIPULATION TO CONTINUE AUGUST 29, 2022 HEARING** |
| v. | |
| U.S. DEPARTMENT OF JUSTICE et al., | Honorable Jesus G. Bernal<br>United States District Judge |
| Defendants. | |

Pursuant to the Stipulation filed by the parties and for good cause shown,

IT IS HEREBY ORDERED that the hearing on Plaintiffs' Motion for Preliminary Injunction is CONTINUED from August 29, 2022 to September 12, 2022 at 9:00 a.m.

DATED: August 16, 2022

_____
Hon. Jesus G. Bernal
United States District Court

Order
Case No. 5:22-CV-855-JGB-SPx