JEREMY TALCOTT
CA Bar No. 311490
Pacific Legal Foundation
1212 West Amerige Avenue
Fullerton, CA 92833-2709
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
JTalcott@pacificlegal.org

STEVEN M. SIMPSON
CA Bar No. 336430
CALEB KRUCKENBERG*
VA Bar No. 97609
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 610
Arlington, VA 22201
Telephone: (202) 888-6881
Facsimile: (916) 419-7747
SSimpson@pacificlegal.org
CKruckenberg@pacificlegal.org

*Admitted Pro Hac Vice

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE #1, *et al.* | Case No. 5:22-cv-00855 |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER ON MOTION FOR PRELIMINARY INJUNCTION** |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | |
| Defendants. | |

1

1    The Court having considered Plaintiffs' motion for a preliminary injunction, and the response of Defendants, the Court finds that Plaintiffs have demonstrated the required factors for a preliminary injunction. Plaintiffs have shown a likelihood of success on the merits. First, the rule is likely unconstitutional in three ways: (1) It is an exercise of an unconstitutional delegation of lawmaking authority; (2) It unlawfully limits protected speech in violation of the First Amendment; and (3) It violates due process by presuming Plaintiffs' guilt of a federal crime. Second, and separately, the rule likely conflicts with the startutory text in 34 U.S.C. § 20911(1) because it defines the word "conviction" to improperly encompass expunged convictions. Plaintiffs have shown a likelihood that they will suffer irreparable harm in the absence of preliminary relief because they are suffering ongoing constitutional harms, including First Amendment harms, from the rule. Plaintiffs also face intangible and unrecoverable economic injuries by being commanded, under pain of criminal punishment, with complying with a likely invalid registration rule. The balance of equities tips in Plaintiffs' favor and the injunction is in the public interest because the injunction protects constitutional rights and merely stops implementation of a likely invalid rule. The Court preliminarily enjoins Defendants from enforcing the rule, *Registration Requirements Under the Sex Offender Registration and Notification Act*, 86 Fed. Reg. 69,856 (Dec. 8, 2021), until further order of the court.

IT IS SO ORDERED.

DATED: October 19, 2022

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE