# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE #1, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | Case No. 5:22-CV-00855-JGB-SPx<br><br>**ORDER ON MOTION FOR LEAVE TO PROCEED USING PSEUDONYMS (Dkt. No. 45)** |

The Court, having considered Plaintiffs John Doe #1, John Doe #2, John Doe #3, and John Doe #4's motion for leave to proceed using pseudonyms, the Defendants' non-opposition to that motion, and considering the public interest, the Court finds that Plaintiffs have demonstrated the required factors to proceed using the ficticious names "John Doe #1," "John Doe #2," "John Doe #3," and "John Doe #4." Plaintiffs shall provide Defendants with their true identity pursuant to a protective order, or under similar circumstances designed to protect their anonymity. If Plaintiffs seeks a protective order, the parties shall propose the scope of such an order.

IT IS SO ORDERED.

DATED: October 20, 2022

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE