BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch
JEREMY S.B. NEWMAN (D.C. Bar. #1024112)
KATHRYN L. WYER (Utah Bar #9846)
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Washington, DC  20005
Tel. (202) 532-3114/Fax (202) 616-8470
jeremy.s.newman@usdoj.gov
kathryn.wyer@usdoj.gov
*Attorneys for the Defendants*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE #1 et al.,<br><br>Plaintiffs,<br>v.<br><br>U.S. DEPARTMENT OF JUSTICE et al.,<br><br>Defendants. | NO. 5:22-CV-855-JGB-SP<br><br>**STIPULATION TO CONTINUE DECEMBER 5, 2022 HEARING**<br><br>Honorable Jesus G. Bernal<br>United States District Judge |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs John Doe #1, John Doe #2, John Doe #3, John Doe #4 and the Alliance for Constitutional Sex Offense Laws ("ACSOL") and Defendants United States Department of Justice and Merrick Garland, United States Attorney General, in his official capacity, by and through their respective counsel, that the hearing on Plaintiffs' Motion for Preliminary Injunction, currently scheduled for December 5, 2022, be continued until a date convenient to the Court on or after December 19, 2022. Good cause exists for the requested continuance, as set forth below:

1     1. Plaintiffs Doe #1 and ACSOL filed their complaint on May 24, 2022 (ECF 1).

2     2. On June 3, 2022, Plaintiffs filed a Motion for Preliminary Injunction ("First

3        PI Motion") (ECF 13). Pursuant to the parties' Stipulation (ECF 10) and the

4        Court's Order of June 7, 2022, Defendants filed a Memorandum in Opposition

5        on June 24, 2022 (ECF 21), and Plaintiffs filed a Reply on July 1, 2022 (ECF

6        22).

7     3. The hearing on Plaintiffs' First PI Motion was originally scheduled for July

8        18, 2022. *See* Order of June 7, 2022, at 2. Following several continuances, the

9        Court held a hearing on the First PI Motion on September 26, 2022. (ECF 39.)

10       In a ruling on September 26, 2022, and explained in an opinion on September

11       28, 2022, the Court denied the First PI Motion without prejudice, but granted

12       Plaintiffs leave to file an amended complaint and to file another preliminary

13       injunction motion after filing an amended complaint. (ECF 39, 40.)

14    4. On October 11, 2022, Plaintiffs filed their First Amended Complaint. (ECF

15       41.) On October 19, 2022, Plaintiffs filed their Motion for Preliminary

16       Injunction ("Second PI Motion"). (ECF 44.) The Second PI Motion is

17       currently set for a hearing on December 5, 2022. Under the local rules,

18       Defendants' opposition brief is due November 14, 2022, and Plaintiffs' reply

19       brief is due November 21, 2022. L.R. 7-9, 7-10.

20    5. Defendants seek to continue the hearing until a date on or after December 19,

21       2022. If the hearing were continued until December 19, 2022, then under the

22       local rules, Defendants' opposition brief would be due November 28, 2022,

23       and Plaintiffs' reply brief would be due December 5, 2022.

24    6. Defendants seek this continuance due to competing litigation obligations for

25       Defendants' counsel. Ms. Wyer faces urgent obligations in another matter

26       (which is currently under seal) that will render her unable to spend significant

27       time on this matter before November 14, 2022. The undersigned has briefs or

28

Stipulation to Continue December 5, 2022 Hearing
Case No. 5:22-CV-855-JGB-SP

motions due on November 9 in *Rudometkin v. Austin*, No. 1:21-cv-02220 (D.D.C.), on November 18 in *California v. ATF*, No. 3:20-cv-06761 (N.D. Cal.), and on November 23 in *VanDerStok v. Garland*, No. 4:22-cv-691 (N.D. Tex.). The undersigned is also scheduled to argue at a hearing on a class certification motion on November 18 in *Alvarado v. Austin*, No. 1:22-cv-00876 (E.D. Va.). Based on Defendants' counsel's obligations in other matters, it would be extremely difficult for Defendants to adhere to the current schedule for briefing and arguing the Second PI Motion.

7. Counsel for Defendants conferred with counsel for Plaintiffs, and Plaintiffs indicated they do not oppose the requested continuance.

8. Accordingly, the parties respectfully stipulate, and Defendants respectfully request, that the hearing currently scheduled for December 5, 2022 be continued to a date on or after December 19, 2022 convenient to the Court.

9. This Stipulation is submitted in good faith and not to unnecessarily interpose delay in this action.


Dated: November 3, 2022                    Respectfully submitted,

                                           BRIAN M. BOYNTON
                                           Principal Deputy Assistant Attorney General
                                           BRIGHAM J. BOWEN
                                           Assistant Director, Federal Programs Branch

                                           */s/ Jeremy S.B. Newman*
                                           JEREMY S.B. NEWMAN (D.C. #1024112)
                                           KATHRYN L. WYER (Utah #9846)
                                           U.S. Department of Justice, Civil Division
                                           1100 L Street, N.W.
                                           Washington, DC  20005
                                           Tel. (202) 532-3114/Fax (202) 616-8470
                                           jeremy.s.newman@usdoj.gov
                                           *Attorneys for the Defendants*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: November 3, 2022                    PACIFIC LEGAL FOUNDATION
                                           */s/ Caleb Kruckenberg **
                                           JEREMY BRENNAN TALCOTT
                                           STEVEN SIMPSON
                                           CALEB KRUCKENBERG
                                           *Attorneys for Plaintiffs*

*All signatories listed, other than the filer, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

4