UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 22-855 JGB (SPx) | Date | November 4, 2022 |
|---|---|---|---|
| Title | *John Doe, et al. v. U.S. Department of Justice, et al.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** Minute Order (1) APPROVING Stipulation to Continue Hearing on Plaintiffs' Motion for Preliminary Injunction (Dkt. No. 48) and 2) CONTINUING the Hearing on Plaintiffs' Motion for Preliminary Injunction (Dkt. No. 44) to December 21, 2022 (IN CHAMBERS)

On October 19, 2022, Plaintiffs filed a motion for preliminary injunction, currently set for hearing on December 5, 2022. ("Motion," Dkt. No. 44.) On November 3, 2022, the parties filed a stipulation to continue the hearing. ("Stipulation," Dkt. No. 48.) The Stipulation requests that the Court continue the hearing until a date convenient to the Court on or after December 19, 2022. (Id.)

The Court finds good cause to continue the hearing and APPROVES the Stipulation. The Court continues the hearing on Plaintiff's Motion to Wednesday, December 21, 2022, at 9:00 a.m.

**IT IS SO ORDERED.**