JEREMY TALCOTT
CA Bar No. 311490
Pacific Legal Foundation
1212 West Amerige Avenue
Fullerton, CA 92833-2709
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
JTalcott@pacificlegal.org

STEVEN M. SIMPSON
CA Bar No. 336430
CALEB KRUCKENBERG*
VA Bar No. 97609
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 610
Arlington, VA 22201
Telephone: (202) 888-6881
Facsimile: (916) 419-7747
SSimpson@pacificlegal.org
CKruckenberg@pacificlegal.org

\* *Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE #1, *et al.*,<br><br>Plaintiffs,<br>v.<br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | Case No. 5:22-cv-00855<br><br>**NOTICE OF CROSS-APPEAL** |

NOTICE IS HEREBY GIVEN THAT Plaintiffs, John Doe #1, John Doe #2, John Doe #3, John Doe #4 and the Alliance for Constitutional Sex Offense Laws, cross-appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Order partially denying Plaintiffs' Motion for a Preliminary Injunction, which was filed and entered on January 13, 2023 (ECF No. 55).

| | |
|---|---|
| 1 | DATED: March 15, 2023 |
| 2 | Respectfully submitted, |
| 3 | JEREMY TALCOTT |
| 4 | By s/ *Jeremy Talcott* |
| | JEREMY TALCOTT |
| 5 | STEVEN M. SIMPSON |
| 6 | By s/ *Steven M. Simpson* |
| | STEVEN M. SIMPSON |
| 7 | CALEB KRUCKENBERG |
| 8 | By s/ *Caleb Kruckenberg* |
| | CALEB KRUCKENBERG* |

*Admitted Pro Hac Vice*
*Attorneys for Plaintiffs*