JS-6 (Stay)

JEREMY TALCOTT
CA Bar No. 311490
Pacific Legal Foundation
1212 West Amerige Avenue
Fullerton, CA 92833-2709
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
JTalcott@pacificlegal.org

STEVEN M. SIMPSON
CA Bar No. 336430
CALEB KRUCKENBERG*
VA Bar No. 97609
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 610
Arlington, VA 22201
Telephone: (202) 888-6881
Facsimile: (916) 419-7747
SSimpson@pacificlegal.org
CKruckenberg@pacificlegal.org

* *Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE #1, et al.,<br><br>    Plaintiffs,<br>v.<br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>    Defendants. | Case No. 5:22-cv-00855-JGB(SPx)<br><br>**ORDER RE:<br>STIPULATION TO<br>STAY**<br><br>BEFORE: HON. JESUS G. BERNAL |

Pursuant to the Stipulation filed by the parties and for good cause shown,

   IT IS HEREBY ORDERED that this matter is STAYED pending issuance of a mandate in the parties' interlocutory appeal to the U.S. Court of Appeals for the Ninth Circuit or dismissal by both parties of their respective interlocutory appeals. Counsel shall file a status report within seven days of the filing of a mandate by U.S. Court of Appeals for the Ninth Circuit.  IT IS SO ORDERED.

DATED: March 29, 2023

Hon. Jesus G. Bernal
United States District Court

1