

| UNITED STATES COURT OF APPEALS | FILED |
|---|---|
| FOR THE NINTH CIRCUIT | APR 13 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JOHN DOE, # 1, # 2, # 3, # 4; ALLIANCE FOR CONSTITUTIONAL SEX OFFENSE LAWS,

        Plaintiffs-Appellants,

 v.

UNITED STATES DEPARTMENT OF JUSTICE; MERRICK B. GARLAND, Attorney General, Attorney General of the United States, in his official capacity,

        Defendants-Appellees.

No.   23-55232

D.C. No. 5:22-cv-00855-JGB-SP
Central District of California, Riverside

ORDER

Pursuant to the joint motion to dismiss (Docket Entry No. 13), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Stephen M. Liacouras
Chief Circuit Mediator