JUDGE JESUS B. BERNAL
EXHIBIT A: SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

| Case No. | 5:22-cv-855 | | |
|---|---|---|---|
| Case Name | John Doe #1, et al. v. U.S. Dept. of Justice, et al. | | |
| **Matter** | Plaintiff(s)' Request mo/day/year | Defendant(s)' Request mo/day/year | Court's Order |
| ☐ Jury Trial or ☐ Court Trial **(Tuesday at 9:00 a.m.)** Length: _____ Days | n/a | n/a | |
| Final Pretrial Conference [L.R. 16] and Hearing on Motions *In Limine* **(Monday – two (2) weeks before trial date)** | n/a | n/a | |
| Last Date to Conduct Settlement Conference | n/a | n/a | |
| Last Date to *Hear* Non–discovery Motions (Monday at 9:00 a.m.) | n/a | n/a | |
| All Discovery Cut–Off (including hearing all discovery motions) | 5/1/24 | 5/1/24 | |
| Expert Disclosure (Rebuttal) | 4/15/24 | 4/15/24 | |
| Expert Disclosure (Initial) | 2/15/24 | 2/15/24 | |
| Last Date to Amend Pleadings or Add Parties | n/a | n/a | |

ADR [L.R. 16–15] Settlement Choice:

☐ Attorney Settlement Officer Panel

☐ Private Mediation

☐ Magistrate Judge

Revised – July 2013 –7–