```
 1  BRIAN M. BOYNTON
    Principal Deputy Assistant Attorney General
 2  BRIGHAM J. BOWEN
 3  Assistant Director, Federal Programs Branch
    JEREMY S.B. NEWMAN (D.C. Bar. #1024112)
 4  KATHRYN L. WYER (Utah Bar #9846)
 5  U.S. Department of Justice, Civil Division
    1100 L Street, N.W., Room 12014
 6  Washington, DC  20005
 7  Tel. (202) 616-8475/Fax (202) 616-8470
    jeremy.s.newman@usdoj.gov
 8  kathryn.wyer@usdoj.gov
 9  Attorneys for the United States
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE #1 et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE et al.,<br><br>         Defendants. | NO. 5:22-CV-855-JGB-SP<br><br>**DEFENDANTS' NOTICE OF FILING OF THE ADMINISTRATIVE RECORD** |

PLEASE TAKE NOTICE that Defendants the United States Department of Justice and Merrick B. Garland in his official capacity as Attorney General of the United States are filing herewith the administrative record of the final rule entitled Registration Requirements Under the Sex Offender Registration and Notification Act, published in the Federal Register on December 8, 2021. *See* 86 Fed. Reg. 69856 (Dec. 8, 2021).

Dated: December 15, 2023       Respectfully submitted,

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch

 /s/ *Kathryn L. Wyer*
JEREMY S.B. NEWMAN (D.C. #1024112)
KATHRYN L. WYER (Utah #9846)
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 616-8475/Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for the Defendants*

Defendants' Notice of Filing of the Administrative Record
Case No. 5:22-cv-855-JGB-SP