**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOE #1 et al., <br><br>        Plaintiffs, <br>  v. <br><br> U.S. DEPARTMENT OF JUSTICE et al., <br><br>        Defendants. | NO. 5:22-CV-855-JGB-SP <br><br> **CERTIFICATION OF ADMINISTRATIVE RECORD** |

    I, David J. Karp, Senior Counsel, Office of Legal Policy, United States Department of Justice ("DOJ"), hereby certify that, to the best of my knowledge, the attached materials comprise the Administrative Record for the Final Rule promulgated on December 8, 2021 by the Office of the Attorney General, Department of Justice, addressing Registration Requirements Under the Sex Offender Registration and Notification Act ("SORNA"), published at 86 Fed. Reg. 69856 ("2021 Rule"). The Administrative Record is a true, correct, and complete copy of the non-privileged documents that were directly or indirectly considered when promulgating the 2021 Rule, other than readily available legal authorities that DOJ does not typically include in administrative records.

    The 2021 Rule set forth a "comprehensive articulation of SORNA's registration requirements," as they had previously been promulgated. 86 Fed. Reg.

1

at 69856-57, 69883-84. Subsequent statutory amendments to SORNA, set forth in Public Law 114-119 (International Megan's Law), and relevant judicial decisions, such as *United States v. DeJarnette*, 741 F.3d 971 (9th Cir. 2013), were taken into account in developing the 2021 Rule, as were the public comments received on the Proposed Rule, 85 Fed. Reg. 49332 (Aug. 13, 2020), but the consideration of those materials did not result in any deviations from previously-promulgated requirements. Although the earlier final guidelines and rules themselves were referenced when restating and explaining their requirements in the 2021 Rule, the underlying material considered during earlier rulemaking and issuance of guidelines was not revisited when promulgating the 2021 Rule. The Administrative Record for the 2021 Rule therefore does not include any comments submitted, or other underlying material considered, during prior SORNA rulemaking or issuance of guidelines.

Dated: December __, 2023

DAVID KARP
Digitally signed by DAVID KARP
Date: 2023.12.14 15:59:30 -05'00'

David J. Karp
Senior Counsel
Office of Legal Policy
United States Department of Justice