JEREMY TALCOTT
CA Bar No. 311490
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
JTalcott@pacificlegal.org

STEVEN M. SIMPSON
CA Bar No. 336430
MOLLY NIXON*
NY Bar No. 5023940
CALEB KRUCKENBERG*
VA Bar No. 97609
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 610
Arlington, VA 22201
Telephone: (202) 888-6881
Facsimile: (916) 419-7747
SSimpson@pacificlegal.org
MNixon@pacificlegal.org
CKruckenberg@pacificlegal.org

* *Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE #1, et al., | Case No. 5:22-cv-00855 |
| Plaintiffs, | |
| v. | **UNOPPOSED MOTION TO WITHDRAW COUNSEL CALEB KRUCKENBERG** |
| U.S. DEPARTMENT OF JUSTICE, et al., | |
| Defendants. | BEFORE: HON. JESUS G. BERNAL |

1

In accordance with L.R. 83-2.3.2, Caleb Kruckenberg respectfully moves to withdraw as counsel for Plaintiffs.[1] Jeremy Talcott, Molly E. Nixon and Steven M. Simpson, of Pacific Legal Foundation, will continue to represent the Plaintiffs.

DATED: March 7, 2024.

                                    Respectfully submitted,

                                    JEREMY TALCOTT
                                    By s/ *Jeremy Talcott*
                                          JEREMY TALCOTT

                                    CALEB KRUCKENBERG*
                                    By s/ *Caleb Kruckenberg*
                                          CALEB KRUCKENBERG*

                                    Attorneys for Plaintiffs
                                    *Appearing *pro hac vice*

---

[1] Pursuant to L.R. 7-3, counsel Caleb Kruckenberg conferred with counsel for Defendants, Kathryn Wyer, which took place on February 15, 2024. Counsel for Defendants represented that Defendants did not oppose the withdrawal of counsel Caleb Kruckenberg, and that no hearing was necessary for the resolution of this matter.

# CERTIFICATE OF SERVICE

I certify that on this day, March 7, 2024, I served copies of the foregoing on counsel of record for all Defendants using the Court's CM/ECF system.

JEREMY TALCOTT
By s/ *Jeremy Talcott*
JEREMY TALCOTT

3

JEREMY TALCOTT
CA Bar No. 311490
Pacific Legal Foundation
3217 Topaz Lane
Fullerton, CA 92831
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
JTalcott@pacificlegal.org

MOLLY E. NIXON*
NY Bar No. 5023940
STEVEN M. SIMPSON
CA Bar No. 336430
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
Facsimile: (916) 419-7747
MNixon@pacificlegal.org
SSimpson@pacificlegal.org

* *Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE #1, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>Defendants. | Case No. 5:22-cv-00855<br><br>**PROPOSED ORDER**<br><br>BEFORE: HON. JESUS G. BERNAL |

1 | The motion to withdraw counsel Caleb Kruckenberg is herby granted.
2 |
3 | IT IS SO ORDERED.
4 |
5 | DATED: _____, 20__
6 |                                                                    _____
7 |                                                                    Hon. Jesus G. Bernal
8 |                                                                    United States District Court