JEREMY TALCOTT
CA Bar No. 311490
Pacific Legal Foundation
3217 Topaz Lane
Fullerton, CA 92831
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
JTalcott@pacificlegal.org

MOLLY E. NIXON*
NY Bar No. 5023940
STEVEN M. SIMPSON
CA Bar No. 336430
ALLISON D. DANIEL*
OH Bar No. 0096186
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
Facsimile: (916) 419-7747
MNixon@pacificlegal.org
SSimpson@pacificlegal.org
ADaniel@pacificlegal.org

* *Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE #1, et al., | Case No. 5:22-cv-00855-JGB-SP |
| Plaintiffs, | |
| v. | **PLAINTIFFS' NOTICE OF MOTION FOR SUMMARY JUDGMENT** |
| U.S. DEPARTMENT OF JUSTICE, et al., | |
| Defendants. | Before: Hon. Jesus G. Bernal |

1   Please take notice that on March 10, 2025, at 9:00 a.m., or as soon thereafter as

2   counsel may be heard, Plaintiffs will bring the following Motion for Summary Judgment before

3   the Honorable Jesus G. Bernal, United States District Judge, Courtroom 1, at the United States

4   Courthouse, 3740 Twelth Street, Riverside, California, 92501.

5   Plaintiffs move this Court for summary judgment pursuant to Fed. R. Civ. P. 56. The

6   grounds for the Motion are stated in greater detail in the Memorandum of Points and

7   Authorities, Statement of Undipsuted Facts, Declarations of John Doe #2, John Doe #3, John

8   Doe #4, Janice Bellucci, and Molly Nixon, and all exhibits, pleadings, files, and records in this

9   proceeding.

10   This Motion is made pursuant to the Court's October 23, 2024, Order (ECF No. 130)

11   granting the parties' joint Stipulated Request to Set Brief Schedule, Allow Filings in Excess of

12   Page Limits, and Vacate Trial Deadlines. This Motion is made following the conference of

13   counsel pursuant to L.R. 7-3, which took place by telephone on October 3, 2024.

14

15   Dated: November 18, 2024                    Respectfully submitted,

16                                               /s/ *Molly E. Nixon*
                                                 _____
17                                               MOLLY E. NIXON*
                                                 NY Bar No. 5023940
18                                               STEVEN M. SIMPSON
                                                 CA Bar No. 336430
19                                               ALLISON D. DANIEL*
                                                 OH Bar No. 0096186
20                                               Pacific Legal Foundation
                                                 3100 Clarendon Blvd., Suite 1000
21                                               Arlington, VA 22201
                                                 Telephone: (202) 888-6881
22                                               Facsimile: (916) 419-7747
                                                 MNixon@pacificlegal.org
23                                               SSimpson@pacificlegal.org
                                                 ADaniel@pacificlegal.org
24   * Admitted *pro hac vice*                   JEREMY TALCOTT
                                                 CA Bar No. 311490
25                                               Pacific Legal Foundation
                                                 3217 Topaz Lane
26                                               Fullerton, CA 92831
                                                 Telephone: (916) 419-7111
27                                               Facsimile: (916) 419-7747
                                                 JTalcott@pacificlegal.org
28