BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
JOSHUA E. GARDNER
Special Counsel, Federal Programs Branch
JEREMY S.B. NEWMAN (D.C. Bar. #1024112)
KATHRYN L. WYER (D.C. Bar #90023642)
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Washington, DC 20005
Tel. (202) 616-8475/Fax (202) 616-8470
jeremy.s.newman@usdoj.gov
kathryn.wyer@usdoj.gov
*Attorneys for the United States*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE #2 et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE et al., <br><br> Defendants. | NO. 5:22-CV-855-JGB-SP <br><br> **STIPULATED REQUEST TO AMEND BRIEFING AND HEARING SCHEDULE** <br><br> Honorable Jesus G. Bernal <br> United States District Judge |

Pursuant to Local Civil Rule 7-1, Plaintiffs John Does #2, 3, and 4 and the Alliance for Constitutional Sex Offense Laws (collectively, "Plaintiffs") and Defendants United States Department of Justice and Merrick Garland, United States Attorney General, in his official capacity (collectively, "Defendants"), by and through their respective counsel, hereby stipulate and respectfully request that the summary judgment briefing and hearing schedule set forth in the Court's Order of October 23, 2024 be amended due to a personal emergency of undersigned Defendants' counsel.

In support of this request, the parties state as follows:

1. The Court's Order of October 23, 2024 [ECF 130], issued in accord with the parties' prior stipulated request, stated that Plaintiffs' Motion for Summary Judgment would be filed no later than November 18, 2024; Defendants' Consolidated Cross-Motion and opposition to Plaintiffs' Motion would be filed no later than December 23, 2024; Plaintiffs' Consolidated Opposition to Defendants' Motion and Reply in support of Plaintiffs' Motion be filed no later than January 24, 2025; and Defendants' Reply in support of their Cross-Motion be filed no later than February 21, 2025. Plaintiffs filed their Motion for Summary Judgment on November 18, 2024, identifying a motion hearing date of March 10, 2025.

2. Defendants have been diligently working to prepare their Cross-Motion and opposition to Plaintiffs' Motion. However, on the evening of December 13, 2024, undersigned counsel for Defendants experienced an unanticipated personal emergency that prevented counsel from working on Defendants' filing over the entire weekend and further required counsel to take unexpected leave on December 16, 2024, and likely on subsequent days this week. Defendants therefore will be unable to finish preparing their filing by the current deadline of December 23, 2024. Counsel for Defendants therefore conferred with counsel for Plaintiffs regarding an amendment of the briefing schedule. In light of other litigation obligations of Defendants' counsel, including briefing deadlines on January 3, 7, and 10, 2025, and a hearing on January 9, 2025, as well as Plaintiffs' counsels' schedules, the parties agreed, and respectfully request, that the remaining summary judgment briefing schedule be amended, and the March 10, 2025 hearing be continued, as follows:

- Defendants' Consolidated Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment shall

be filed no later than January 17, 2025;

- Plaintiffs' Consolidated Opposition to Defendants' Motion for Summary Judgment and Reply in support of their Motion for Summary Judgment shall be filed no later than February 25, 2025; and

- Defendants' Reply in support of their Motion for Summary Judgment shall be filed no later than March 25, 2025.[1]

3. Under Local Rules, the hearing on the parties' cross-motions could be continued to a date on or after April 14, 2025, as deemed appropriate by the Court.

4. This Stipulation is submitted in good faith and not to unnecessarily interpose delay in this action but rather to conserve the parties' and judicial resources.

5. The parties respectfully request that the Court enter the attached Proposed Order.

Dated: December 16, 2024                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
JOSHUA E. GARDNER
Special Counsel, Federal Programs Branch

 /s/ Kathryn L. Wyer
JEREMY S.B. NEWMAN (D.C. #1024112)
KATHRYN L. WYER (D.C. #90023642)
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 616-8475/Fax (202) 616-8470
kathryn.wyer@usdoj.gov

---

[1] The parties also previously requested and were granted expanded page limits for their respective filings, *see* Order of Oct. 23, 2024; the requested amendment will not affect those expanded page limits.

|  |  |
|---|---|
|  | *Attorneys for the Defendants* |
| Dated: December 16, 2024 | PACIFIC LEGAL FOUNDATION<br>*/s/ Molly E. Nixon* \*<br>MOLLY E. NIXON\*\*<br>NY Bar No. 5023940<br>STEVEN SIMPSON<br>CA Bar No. 336430<br>ALLISON D. DANIEL\*\*<br>OH Bar No. 0096186<br>Pacific Legal Foundation<br>3100 Clarendon Blvd., Suite 1000<br>Arlington, VA 22201<br>Telephone: (202) 888-6881<br>Facsimile: (916) 419-7747<br>MNixon@pacificlegal.org<br>SSimpson@pacificlegal.org<br>ADaniel@pacificlegal.org |
|  | JEREMY BRENNAN TALCOTT<br>CA Bar No. 311490<br>Pacific Legal Foundation<br>3217 Topaz Lane<br>Fullerton, CA 92831<br>Telephone: (916) 419-7111<br>Facsimile: (916) 419-7747<br>JTalcott@pacificlegal.org |
|  | *Attorneys for Plaintiffs* |

\*All signatories listed, other than the filer, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

\*\* Admitted *pro hac vice*