YAAKOV M. ROTH
Acting Assistant Attorney General
ANDREW I. WARDEN
Assistant Director, Federal Programs Branch
JEREMY S.B. NEWMAN (D.C. Bar. #1024112)
KATHRYN L. WYER (D.C. Bar #90023642)
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Washington, DC 20005
Tel. (202) 616-8475/Fax (202) 616-8470
jeremy.s.newman@usdoj.gov
kathryn.wyer@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOE #2 et al., | NO. 5:22-CV-855-JGB-SP |
| Plaintiffs, | |
| v. | **ORDER** |
| U.S. DEPARTMENT OF JUSTICE et al., | |
| Defendants. | |

Having considered the parties' Stipulated Request to Extend Defendants' Reply Deadline, and for good cause shown, the Court hereby GRANTS the parties' request. The Court hereby ORDERS that Defendants' Reply in support of their Cross-Motion for Summary Judgment shall be filed no later than April 11, 2025. IT IS SO ORDERED.

DATED: March 27, 2025

_____
Hon. Jesus G. Bernal
United States District Court

Order
Case No. 5:22-CV-855-JGB-SP