BRETT A. SHUMATE
Assistant Attorney General
ANDREW I. WARDEN
Assistant Director, Federal Programs Branch
JEREMY S.B. NEWMAN (D.C. Bar. #1024112)
KATHRYN L. WYER (D.C. Bar #90023642)
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Washington, DC 20005
Tel. (202) 616-8475/Fax (202) 616-8470
jeremy.s.newman@usdoj.gov
kathryn.wyer@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOE #2 et al.,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE et al.,<br><br>　　　　Defendants. | NO. 5:22-CV-855-JGB-SP<br><br>~~**PROPOSED**~~ **ORDER** |

　　　Having considered the parties' Stipulated Request to Continue November 10, 2025 Hearing Date Pending the Restoration of Government Funding, and for good cause shown, the Court hereby GRANTS the parties' request. The Court hereby VACATES the November 10, 2025 hearing date. The Court further ORDERS that, within seven days of the restoration of government funding, the parties shall file a stipulation and propose order with a new hearing date for the pending motion.

IT IS SO ORDERED.

DATED: October 23, 2025　　　　　　Hon. Jesus G. Bernal, U.S. District Judge