JEREMY TALCOTT
CA Bar No. 311490
Pacific Legal Foundation
701 Kimbery Ave., Suite 200
Placentia, CA 92870
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
JTalcott@pacificlegal.org

MOLLY E. NIXON*
NY Bar No. 5023940
STEVEN M. SIMPSON
CA Bar No. 336430
ALLISON D. DANIEL*
OH Bar No. 0096186
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
Facsimile: (916) 419-7747
MNixon@pacificlegal.org
SSimpson@pacificlegal.org
ADaniel@pacificlegal.org

* *Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE #2, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>　　　　Defendants. | Case No. 5:22-cv-00855<br><br>**PROPOSED ORDER RE: JOINT MOTION FOR LEAVE TO APPEAR REMOTELY AT HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Hearing Date: January 26, 2026<br>Hearing Time: 9:00 a.m.<br>Courtroom: Riverside, Courtroom 1<br>Before: Hon. Jesus G. Bernal<br>United States District Judge |

1

1 | Pursuant to Parties' joint motion and for good cause shown,

2 |     IT IS HEREBY ORDERED that Parties' Joint Motion for Leave to Appear Remotely at

3 | Hearing on Cross-Motions for Summary Judgement is GRANTED and counsel shall be

4 | permitted to appear at the January 26, 2026 Scheduling Conference via Zoom.

6 | DATED: January __, 2026

_____
Hon. Jesus G. Bernal
United States District Court

2