J S - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE #2, JOHN DOE #3, JOHN DOE #4, and THE ALLIANCE FOR CONSTITUTIONAL SEX OFFENSE LAWS,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF JUSTICE and MERRICK B. GARLAND,<br><br>Defendants. | Case 5:22-cv-00855-JGB-SP<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

## JUDGMENT

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to the parties' cross-motions for summary judgment, **IT IS HEREBY ORDERED**:

1. Plaintiffs' Motion for Summary Judgment is **GRANTED-IN-PART** and **DENIED-IN-PART**.

2. Defendants' Motion for Summary Judgment is **GRANTED-IN-PART** and **DENIED-IN-PART**.

3. Claims One, Two, and Three of the First Amended Complaint are **DISMISSED WITH PREJUDICE** as against all Defendants.

4.  Judgment is **ENTERED** in favor of Plaintiffs and against Defendants on Claim Three of the First Amended Complaint.

5.  Judgment is **ENTERED** in favor of Defendants and against Plaintiffs on Claims One, Two, and Four of the First Amended Complaint.

6.  The federal government is **ENJOINED** from prosecuting any California resident under 18 U.S.C. § 2250 for any violation of the Sex Offender Registration and Notification Act; the Registration Requirements Under the Sex Offender Registration and Notification Act, 86 Fed. Reg. 69856; or any other regulation, without first abiding by the following requirements:

    a.  In all such prosecutions, the federal government must seek and obtain certification from the State of California that the individual was required to register under California law.

    b.  In a prosecution concerning a failure to provide specific information required by statute or regulation (as opposed to a failure to register altogether), the federal government must seek and obtain certification from the State of California that California law allows the individual to furnish that information to state authorities.

**IT IS SO ORDERED.**

Dated: April 9, 2026

_____
Honorable Jesus G. Bernal
United States District Judge

2

5:22-cv-00855-JGB-SP

JUDGMENT