JEREMY TALCOTT
CA Bar No. 311490
Pacific Legal Foundation
3217 Topaz Lane
Fullerton, CA 92831
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
JTalcott@pacificlegal.org

ALLISON D. DANIEL*
OH Bar No. 0096186
STEVEN M. SIMPSON
CA Bar No. 336430
CAMERON HALLING
CA Bar No. 306778
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
Facsimile: (916) 419-7747
ADaniel@pacificlegal.org
SSimpson@pacificlegal.org
CHalling@pacificlegal.org

* *Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE #2, et al., | Case No. 5:22-cv-00855-JGB-SP |
| Plaintiffs, | |
| v. | **NOTICE OF PLAINTIFFS' CROSS APPEAL** |
| U.S. DEPARTMENT OF JUSTICE, et al., | |
| Defendants. | |

1

NOTICE IS HEREBY GIVEN that Plaintiffs John Doe #2, John Doe #3, John Doe #4, and the Alliance for Constitutional Sex Offense Laws cross-appeal to the United States Court of Appeals for the Ninth Circuit from the portions of the following orders and judgment entered by this Court: (1) the Court's Order on the Parties' Cross-Motions for Summary Judgment, entered on April 9, 2026 (Dkt. No. 169), to the extent it granted summary judgment in favor of Defendants and against Plaintiffs on Claims One, Two, and Four of the First Amended Complaint; and (2) the Judgment entered on April 9, 2026 (Dkt. No. 170), to the extent it dismissed Claims One, Two, and Four of the First Amended Complaint with prejudice and entered judgment in favor of Defendants and against Plaintiffs on those claims.

Plaintiffs seek review of the foregoing adverse rulings and all interlocutory orders, findings, conclusions, and determinations merged therein.

Dated: June 22, 2026.

Respectfully submitted,

/s/ *Allison D. Daniel*
ALLISON D. DANIEL*
OH Bar No. 0096186
STEVEN M. SIMPSON
CA Bar No. 336430
CAMERON HALLING
CA Bar No. 306778
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
Facsimile: (916) 419-7747
ADaniel@pacificlegal.org
SSimpson@pacificlegal.org
CHalling@pacificlegal.org

* Admitted *pro hac vice*

JEREMY TALCOTT
CA Bar No. 311490
Pacific Legal Foundation
3217 Topaz Lane
Fullerton, CA 92831
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
JTalcott@pacificlegal.org