# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form:* [http://www.ca9.uscourts.gov/forms/form06instructions.pdf](http://www.ca9.uscourts.gov/forms/form06instructions.pdf)

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| United States Department of Justice; Todd Blanche, Attorney General |

Name(s) of counsel (if any):

| |
|---|
| Daniel Aguilar, Jennifer Utrecht |

Address: | 950 Pennsylvania Avenue NW, Washington, DC 20530

Telephone number(s): | 202-514-5432

Email(s): | daniel.j.aguilar@usdoj.gov; jennifer.l.utrecht@usdoj.gov

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| John Doe #2, John Doe #3, John Doe #4, Alliance for Constitutional Sex Offense Laws |

Name(s) of counsel (if any):

| |
|---|
| Allison D. Daniel, Steven M. Simpson, Cameron Halling |

Address: | 3100 Clarendon Boulevard, Suite 1000, Arlington, VA 22201

Telephone number(s): | 202-888-6881

Email(s): | ADaniel@pacificlegal.org; SSimpson@pacificlegal.org; CHalling@pac

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at* [forms@ca9.uscourts.gov](mailto:forms@ca9.uscourts.gov)

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Jeremy Talcott

Address: 3217 Topaz Lane, Fullerton, CA 92831

Telephone number(s): 916-419-7111

Email(s): JTalcott@pacificlegal.org

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                              *2*                              *New 12/01/2018*