UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 16 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JOHN DOE 1; et al.,

Plaintiffs - Appellees,

v.

DOJ - UNITED STATES DEPARTMENT OF JUSTICE and MERRICK B. GARLAND, Attorney General,

Defendants - Appellants.

No. 26-3717

D.C. No. 5:22-cv-00855-JGB-SP
Central District of California, Riverside

ORDER

ALLIANCE FOR CONSTITUTIONAL SEX OFFENSE LAWS; et al.,

Plaintiffs - Appellants,

JOHN DOE 1,

Plaintiff,

v.

DOJ - UNITED STATES DEPARTMENT OF JUSTICE and MERRICK B. GARLAND, Attorney General,

Defendants - Appellees.

No. 26-4027

D.C. No. 5:22-cv-00855-JGB-SP
Central District of California, Riverside

The stipulated motion (Docket Entry No. 16) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b). These cross-appeals are dismissed.

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT